# KND HOSPITALITY

Profit and Loss

January - December 2023

|  | TOTAL |
|---|---:|
| **Income** | |
|     Catering Sales | 1,124,354.02 |
|     Coworking | 27,995.14 |
|     Proceeds from Loan | 115,737.63 |
|     Uncategorized Income | 37,642.20 |
| **Total Income** | **$1,305,728.99** |
| **Expenses** | |
|     Advertising & Marketing | 51,315.69 |
|     Ask My Accountant | 273,484.57 |
|     Bank Charges & Fees | 50,969.74 |
|     Car & Truck | 17,082.42 |
|     Cash | 503.50 |
|     Client Gifts | 272.76 |
|     Insurance | 3,238.24 |
|     Janitorial | 2,444.31 |
|     Job Supplies | 236,739.19 |
|     Legal & Professional Services | 721.58 |
|     Loan Origination Fee | 600.00 |
|     Loan Payment | 128,841.95 |
|     Meals & Entertainment | 24,876.22 |
|     Office Supplies & Software | 18,701.10 |
|     Other Business Expenses | 459.11 |
|     Payroll | 302,776.43 |
|     Payroll - Wages | 55,165.37 |
|     Payroll Tax | 15,334.31 |
|     Rent & Lease | 28,198.37 |
|     Rentals | 21,335.00 |
|     Repairs & Maintenance | 2,340.72 |
|     Staffing | 146,000.00 |
|     Storage | 288.15 |
|     Taxes & Licenses | 32,483.38 |
|     Travel | 108.89 |
|     Uncategorized Expense | 7,291.03 |
|     Unifoms | 2,037.21 |
|     Utilities | 5,798.54 |
| **Total Expenses** | **$1,429,407.78** |
| **NET OPERATING INCOME** | **$ -123,678.79** |
| **Other Expenses** | |
|     Reconciliation Discrepancies | 0.05 |
| **Total Other Expenses** | **$0.05** |
| **NET OTHER INCOME** | **$ -0.05** |
| **NET INCOME** | **$ -123,678.84** |